UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No. 12-30001&#x24D2;-MAP |
| | 21 U.S.C. § 851(a)(1)- |
| | (Sentence Enhancement for |
| | Prior Drug Conviction) |
| v. | |
| JULIO LLANOS, | |
| Defendant. | |

## INFORMATION

Comes now the United States of America, by and through Carmen M. Ortiz, United States Attorney for the District of Massachusetts, and Todd E. Newhouse, Assistant United States Attorney, pursuant to Title 21, United States Code, Section 851(a)(1), and states that it is the intent of the United States to rely upon previous felony drug convictions of defendant JULIO LLANOS to increase the punishment that may be imposed by this Court upon defendant JULIO LLANOS'S conviction for the drug offense alleged in Count One of the Indictment in the above-captioned matter.

The prior felony convictions upon which the Government intends to rely regarding JULIO LLANOS are the following:

1) felony convictions of guilty for Possession with Intent to Distribute a Class B Controlled Substance, Cocaine and Possession with Intent to Distribute a Class B Controlled Substance, Cocaine in a School Zone, Docket Numbers 04473-1 and 2, entered on

1

September 8, 2005, in Hampden County Superior Court, Springfield, Massachusetts and,

2) felony convictions of guilty for Possession with Intent to Distribute a Class A Controlled Substance, Heroin and Possession with Intent to Distribute a Class A Controlled Substance, Heroin in a School Zone, Docket Numbers 0317CR4714B-C, entered on September 13, 2005, in Holyoke District Court, Holyoke, Massachusetts.

Certified copies of the convictions have been ordered and will be maintained by the government.

Filed this 3 day of May, 2012.

Respectfully submitted,

CARMEN M. ORTIZ
United States Attorney

TODD E. NEWHOUSE
Assistant U.S. Attorney

CERTIFICATE OF SERVICE

Hampden, ss.                    Springfield, Massachusetts
                                May 3, 2012

I, Todd E. Newhouse, Assistant U.S. Attorney, do hereby certify that I have served a copy of the foregoing by ECF to all counsel of record.

TODD E. NEWHOUSE
Assistant United States Attorney

2